CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

November 25, 2014

Mr. Odis Jones, Jr.
TDCJ No. 1384596
McConnell Unit
3001 S. Emily Drive
Beeville, Texas  78102

RE:     Court of Appeals Number:     05-06-01252-CR
        Trial Court Case Number:     2-06-84

Style:  Jones, Odis
        v.
        The State of Texas

        We are in receipt of your correspondence regarding the record. The mandate in the above listed case issued on August 21, 2007. Thus, we no longer have jurisdiction over the case. However, if you would like copies of the record, the cost is ten cents ($0.10) per page. Both the clerk's and reporter's records total 477 pages. The total cost, payable in advance, is $47.70.

                Respectfully,

                /s/ Lisa Matz, Clerk of the Court